684 A.2d 539

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Seifullah ABDUL–SALAAM, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 25, 1996.

## *ORDER*

PER CURIAM.

AND NOW, this 25th day of October, 1996, upon consideration of petitioner's emergency motion for a stay of execution pending the filing and resolution of a petition for a writ of certiorari, IT IS HEREBY ORDERED that petitioner's application is GRANTED and his execution will be stayed pending action by the United States Supreme Court on his petition for writ of certiorari from this Court's ruling in *Commonwealth v. Abdul–Salaam,* 544 Pa. 514, 678 A.2d 342 (1996).